United States Bankruptcy Court for the:

MIDDLE DISTRICT OF ALABAMA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Ebury Street Capital, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
46-3127623

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1357 Avenue Ashford Suite 2<br>San Juan, PR 00907<br>Number, Street, City, State & ZIP Code | 644 Fernandez Juncos Avenue<br>San Juan, PR 00907<br>P.O. Box, Number, Street, City, State & ZIP Code |
| San Juan<br>County | **Location of principal assets, if different from principal place of business**<br>1357 Avenue Ashford Suite 2 San Juan, PR 00907<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

| Debtor | Ebury Street Capital, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5311

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | | Relationship | |
|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | Ebury Street Capital, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

11. **Why is the case filed in *this district*?** *Check all that apply:*
    - ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ☒ No
    - ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds** . *Check one:*
    - ☒ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ☒ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☒ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☒ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ☐ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

| Debtor | Ebury Street Capital, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 13, 2024
              MM / DD / YYYY

**X** /s/ John A. Hanratty                          John A. Hanratty
Signature of authorized representative of debtor    Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Richard Scott Williams            Date   May 13, 2024
Signature of attorney for debtor                   MM / DD / YYYY

Richard Scott Williams ASB-3234-m63r
Printed name

Rumberger Kirk & Caldwell, PA
Firm name

2001 Park Place North | Suite 1300
Birmingham, AL 35203
Number, Street, City, State & ZIP Code

Contact phone   (205) 572-4926      Email address   swilliams@rumberger.com

ASB-3234-m63r AL
Bar number and State

Debtor  Ebury Street Capital, LLC        Case number (*if known*) _____
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF ALABAMA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | EB 1EMIALA, LLC | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | EB 1EMINJ, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | EB 1EMINY, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | EB 2EMIALA, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | EB 2EMIMD, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | EB 2EMINY, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury 1EMI, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury 2EMI, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury Fund 1 NJ, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury Fund 1, LP | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury Fund 2, LP | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Ebury RE, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Greater Flamingo, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | RE 1EMI, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | RE 2EMI, LLC | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | Red Clover 1, LLC | | Relationship to you | |
| District | | When | Case number, if known | |