Fill in this information to identify the case:

Debtor name: Ebury Street Capital, LLC
United States Bankruptcy Court for the: MIDDLE DISTRICT OF ALABAMA
Case number (if known): 1:24-bk-10499

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Bronster, LLP<br>156 West 56th Street Suite 902<br>New York, NY 10019 | | Trade debt | Unliquidated | | | $29,767.55 |
| City of Rochester NY<br>30 Church Street<br>Rochester, NY 14614 | | Trade debt | Unliquidated | | | $366,536.00 |
| Emigrant Business Credit Corp<br>6 East 43rd Street 4th Floor<br>New York, NY 10017 | | Trade debt | Unliquidated | | | $18,251,647.03 |
| Engineering & Land Planning Associates<br>140 West Main Street<br>High Bridge, NJ 08829 | | Trade debt | Unliquidated | | | $47,018.08 |
| Epic Advance<br>311 Blvd of the Americas<br>Lakewood, NJ 08701 | | Trade debt | Unliquidated | | | $53,000.00 |
| EYZC Investment Holdings, LLC<br>@J. Robert Arnett, II<br>8150 N Central Expressway Ste 500<br>Dallas, TX 75206 | | Trade debt | Unliquidated | | | $3,200,000.00 |
| Gusrae Kaplan<br>120 Wall Street<br>New York, NY 10005 | | Trade debt | Unliquidated | | | $58,000.00 |
| Hamilton County OH<br>138 East Court Street Room 402<br>Cincinnati, OH 45202 | | Trade debt | Unliquidated | | | $12,074.22 |
| INA Group LLC<br>6333 Apples Way Suite 115<br>Lincoln, NE 68516 | | Trade debt | Unliquidated | | | $83,943.25 |

| Debtor | Ebury Street Capital, LLC | | Case number (if known) | 1:24-bk-10499 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| JCAP/BSI Financial<br>P O Box 679002<br>Dallas, TX 75267 | | Trade debt | Unliquidated | | | $109,359.02 |
| McConnell Valdes, LLC<br>270 Munoz Rivera Avenue<br>San Juan, PR 00918 | | Trade debt | Unliquidated | | | $58,890.70 |
| Point Pleasant Beach Borough<br>416 New Jersey Avenue<br>Point Pleasant Beach, NJ 08742 | | Trade debt | Unliquidated | | | $57,654.00 |
| Precision Capital<br>4710 Village Plaza Loop Ste 100<br>Eugene, OR 97401 | | Trade debt | Unliquidated | | | $370,657.24 |
| Sanchez Betances<br>P O Box 364428<br>San Juan, PR 00936 | | Trade debt | | | | $23,304.08 |
| SBA Loan<br>1545 Hawkins Blvd Ste 202<br>El Paso, TX 79925 | | Trade debt | Unliquidated | | | $96,284.63 |
| Silverhill Funding LLC<br>4425 Ponce de Leon Blvd Suite 300<br>Miami, FL 33146 | | Trade debt | Unliquidated | | | $111,288.47 |
| Spectrum<br>220 East Morris Ave Ste 400<br>Salt Lake City, UT 84115 | | Trade debt | Unliquidated | | | $5,988.00 |
| Summit County OH<br>175 South Main Street<br>Akron, OH 44308 | | Trade debt | Unliquidated | | | $26,956.88 |
| TD Bank<br>200 Carolina Point Pkwy Bldg B<br>Greenville, SC 29607 | | Trade debt | Unliquidated | | | $6,600.00 |
| Velocity Commercial Capital LLC<br>P O Box 24738<br>West Palm Beach, FL 33416 | | Trade debt | Unliquidated | | | $226,667.85 |