IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| EBURY STREET CAPITAL, LLC, *et al.*, | ) | Case No. 24-10499 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that, pursuant to Federal Rules of Bankruptcy Procedure 9010(b), the undersigned hereby enters an appearance as counsel of record for Emigrant Business Credit Corporation, ("Emigrant"), an interested party in the above-captioned bankruptcy case.

Please take further notice that the undersigned hereby requests that all notices and papers specified by or filed pursuant to Bankruptcy Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and all other notices given or required to be given in this case, be given and served upon:

James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jbailey@bradley.com

The foregoing request includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents or items of correspondence brought before the Court with respect to these proceedings, whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: EB 1EMIALA (4788), Ebury Street Capital, LLC (7623), EB 2EMIALA, LLC (5175) Ebury Fund 1, LP (1403), Ebury Fund 2 (2178), LP, Red Clover 1, LLC (9780), Ebury RE, LLC (1397), Ebury 1EMI, LLC (4369), Ebury 2EMI, LLC (6849), EB 2EMIMD, LLC (2225), EB 1EMINJ, LLC (2006), EB 1 EMINY, LLC (4213), EB 2EMINY, LLC (3150), Ebury Fund 1 NJ, LLC, RE 1EMI, LLC (2345), RE 2EMI, LLC (7945), Greater Flamingo, LLC (2030).

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, facsimile, telex or otherwise.

This notice and request is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of which Emigrant reserves without prejudice.

Respectfully submitted this the 21st day of May, 2024.

/s/ James B. Bailey

James B. Bailey
**BRADLEY ARANT BOULT CUMMINGS LLP**
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8000
Facsimile: (205) 488-6647
Email: jbailey@bradley.com

*Attorney for Emigrant Business Credit Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2024, I electronically filed the foregoing with the Clerk of the Court and served the following using the CM/ECF system which will send notification of such filing to those parties who receive electronic notices via CM/ECF in the above-referenced case.

/s/ James B. Bailey
OF COUNSEL