UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF ALABAMA - DOTHAN DIVISION

In Re:                                        Case No. 24-10499

EBURY STREET CAPITAL, LLC,            Chapter 11

          Debtor(s).

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES

TO:     UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that ALDRIDGE PITE, LLP submits this Request for Special Notice and Service of Copies, for Community Loan Servicing, LLC and hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

ALDRIDGE PITE, LLP, submits this Request for Notice and Service of Copies as agent for Community Loan Servicing, LLC and not as counsel of record. The filing of this Request for Notice and Service of Copies should not be construed as an appearance pursuant to LR 9010-3(a).

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Brian K. Jordan
ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,

proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

  a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

  b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize ALDRIDGE PITE, LLP, either expressly or impliedly through ALDRIDGE PITE, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

  c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

  d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

  e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 21, 2024          ALDRIDGE PITE, LLP

                  /s/ Brian K. Jordan
                  Brian K. Jordan
                  ALDRIDGE PITE, LLP
                  Six Piedmont Center
                  3525 Piedmont Road, N.E., Suite 700
                  Atlanta, GA 30305
                  Telephone: (858) 750 7600
                  Facsimile: (619) 590-1385

ALDRIDGE PITE, LLP
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF ALABAMA - DOTHAN DIVISION

| | |
|---|---|
| In re<br><br>EBURY STREET CAPITAL, LLC,<br><br>Debtor(s). | Case No. 24-10499<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

On May 21, 2024, I caused the REQUEST FOR SPECIAL NOTICE AND SERVICE OF COPIES to be served by electronic means through the court's CM/ECF system or by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail, addressed as follows: SEE ATTACHED SERVICE LIST.

Dated: May 21, 2024   /s/ Brian K. Jordan
　　　　　　　　　　　Brian K. Jordan
　　　　　　　　　　　Telephone: (858) 750 7600
　　　　　　　　　　　Facsimile: (619) 590-1385

# SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Ebury Street Capital, LLC
644 Fernandez Juncos Avenue
San Juan, PR 00907

**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Frederick D. Clarke
Rumberger, Kirk & Caldwell, P.C.
2001 Park Place, Ste. 1300
Birmingham, AL 35203
fclarke@rumberger.com