IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **EBURY STREET CAPITAL, LLC,** *et al.*, | ) | Case No. 24-10499 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |

## APPLICATION FOR APPROVAL OF
## EMPLOYMENT OF PROFESSIONAL PERSON
## EFFECTIVE TO MAY 13, 2024

Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014(a),

___  the Trustee of the captioned bankruptcy case

_X_  the captioned Debtor-in-Possession in Chapter 11 of the Bankruptcy Code

(hereinafter "Applicant"), requests the Court to approve the employment of

Rumberger, Kirk & Caldwell, P.C.
2001 Park Place North
Suite 1300
Birmingham, Alabama 35203

as

Counsel for the Debtor-in-Possession

to represent or assist Applicant in carrying out the duties as Debtor-in-Possession under Title 11 of the United States Code. In support of this request, Applicant represents as follows:

1.  The person whose employment is requested (hereinafter "said person")

    (a)  is professionally qualified and licensed, if required, for such employment;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: EB 1EMIALA (4788), Ebury Street Capital, LLC (7623), EB 2EMIALA, LLC (5175) Ebury Fund 1, LP (1403), Ebury Fund 2 (2178), LP, Red Clover 1, LLC (9780), Ebury RE, LLC (1397), Ebury 1EMI, LLC (4369), Ebury 2EMI, LLC (6849), EB 2EMIMD, LLC (2225), EB 1EMINJ, LLC (2006), EB 1 EMINY, LLC (4213), EB 2EMINY, LLC (3150), Ebury Fund 1 NJ (5126), LLC, RE 1EMI, LLC (2345), RE 2EMI, LLC (7945), Greater Flamingo, LLC (2030).

(b) does not hold or represent an interest adverse to the estate;
(c) is a disinterested person as that term is defined in §101(13) of the Bankruptcy Code; and
(d) has not served as an examiner in this case.

2. Said person is not employed by and does not represent a creditor in this case unless indicated under (a) below.

   (a) Said person is employed by or represents the following creditor(s), but Applicant is not aware of any objection by another creditor to said person's employment or of any actual conflict of interest if the employment here requested is approved: (If NONE, so state)

   None

3. The specific facts showing the necessity for the employment here requested are as follows:

   General representation of the Chapter 11 Debtor-in-Possession.

4. The professional services to be rendered are as follows:

   (a) To give your Applicant legal advice with respect to its powers and duties as Debtor-in-Possession; (b) To negotiate and formulate a plan of reorganization under Chapter 11 which will be acceptable to its creditors; (c) To deal with secured lien claimants regarding arrangements for payment of their debt and/or contesting the validity of same; (d) To prepare the necessary petition, answers, orders, reports and other legal papers; and (e) All other services which may be necessary.

5. The reasons for the selection of said person are:

   They have considerable experience in matters of this character and your Applicant believes that these attorneys are well qualified to represent him as Debtor-in-Possession in these proceedings.

6. All of said person's connections with the debtor, creditors, other parties in interest, and with their respective attorneys and accountants, are as follows: (If NONE, so state)

   At this time, said person is unaware of connections necessary to be disclosed and will supplement in the future as may be necessary and appropriate.

7. Except as stated below, the representations made in this Application with respect to said person apply to each of that person's partners and associates and members of the firm,

professional corporation or other entity with whom or with which said person is professionally associated.

None

8. With the condition that the court may allow different compensation after the conclusion of said person's employment if the terms and conditions here proposed prove to have been improvident in light of developments not capable of being presently anticipated, Applicant proposes the following reasonable terms and conditions of said person's employment:

Retainer (if any):

$38,442.15

Allowance for expenses (if any):

As allowed by Court in Application for Compensation to be filed with this Court
Hourly basis for said person and for each other person expected to perform work and to be included in any application for compensation: **

| | |
|---|---|
| R. Scott Williams | $475.00 |
| Robert H. Adams | $475.00 |
| Frederick D. Clarke | $285.00 |
| Julia Potts | $285.00 |
| Paralegals | $135.00 |

**Hourly rates are subject to increase from time to time; Other attorneys or paralegals may be assigned to assist with this case as needed.
Contingent fee basis (if applicable):

None

Other:

None

Ebury Street Capital, LLC

/s/John A. Hanratty
John A. Hanratty,
Managing Member

3

## VERIFIED STATEMENT OF PERSON TO BE EMPLOYED

I have read the above and foregoing Application. As required by Bankruptcy Rule 2014(a), and in accordance with Bankruptcy Rule 9011(b) and 28 U.S.C. §1746, I declare under penalty of perjury that the statements there made with reference to me and my professional associates are true and correct.

This the 30th day of May, 2024.

                                            Rumberger, Kirk & Caldwell, P.C.

                                            /s/R. Scott Williams_____
                                            Signature of Person to Be Employed

## CERTIFICATE OF SERVICE

       I hereby certify that on May 30, 2024, a true and correct copy of the foregoing was sent via ECF Noticing to all parties receiving electronic notices in this bankruptcy case, and by U.S. First Class Mail on the parties listed on the attached list.

                                                /s/ R. Scott Williams
                                                Of Counsel