IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**In re:**

| | |
|---|---|
| **EBURY STREET CAPITAL, LLC** | **CHAPTER 11** |
| **DEBTOR.** | **CASE NO. 24-10499** |

### RECOMMENDATION OF THE BANKRUPTCY ADMINISTRATOR REGARDING THE APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

Comes now Britt B. Griggs, attorney for the Bankruptcy Administrator for this district, and reports to the court as follows:

1. The above referenced case was filed on May 13, 2024.

2. Solicitation of interest letters were sent on May 24, 2024, to the twenty largest unsecured creditors. The letters designated June 5, 2024 as the response deadline.

3. No creditors expressed a willingness to serve on a committee of unsecured creditors.

Wherefore, the Bankruptcy Administrator recommends that no unsecured creditors' committee be appointed in this case as provided by 11 U.S.C. §1102.

  /s/
Britt B. Griggs
Bankruptcy Attorney
ASB 1270-G50B

U.S. Bankruptcy Administrator
One Church Street
Montgomery, AL   36104
334-954-3900
Britt_Griggs@almba.uscourts.gov

# CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have served copies of the foregoing Recommendation of Bankruptcy Administrator Regarding the Appointment of Unsecured Creditors' Committee on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed this 6th day of June 2024.

                                                          /s/Britt B. Griggs
                                                          Britt B. Griggs

Scott Williams on behalf of Ebury Street Capital, LLC via CM/ECF

Frederick D. Clarke, III on behalf of Ebury Street Capital, LLC via CM/ECF

Julia M. Potts on behalf of Ebury Street Capital, LLC via CM/ECF

Glenn E. Glover on behalf of Emigrant Business Credit Corporation via CM/ECF

James B. Bailey on behalf of Emigrant Business Credit Corporation via CM/ECF

Brian K. Jordan on behalf of Community Loan Servicing, LLC via CM/ECF

Mark B. Conlan on behalf of PacWest Funding, Inc. via CM/ECF

Dominique V. Sinesi on behalf of United States via CM/ECF

Hugh Andrew Smith on behalf of Velocity Commercial Capital, LLC via CM/ECF