# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA
# DOTHAN DIVISION

| | |
|---|---|
| IN RE:<br>EBURY Street Capital, LLC<br><br>DEBTOR(S) | CASE NO.  24-10499<br><br>CHAPTER  11<br><br>JUDGE:  BESS M. PARRISH CRESWELL |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR VELOCITY COMMERCIAL CAPITAL LOAN TRUST 2021-2<br><br>MOVANT,<br>V.<br><br><br>EBURY Street Capital, LLC<br>644 Fernandez Juncos Avenue<br>San Juan, PR 00907<br>DEBTOR(S),<br><br>RESPONDENTS. | CONTESTED MATTER |

### DECLARATION IN SUPPORT OF BANKRUPTCY ADMINSTRATOR'S MOTION TO DISMISS CHAPTER 11 CASE

COMES NOW VELOCITY COMMERCIAL CAPITAL, LLC (the "Movant"), through its undersigned counsel, and files this Declaration in support of Bankruptcy Administrator's motion to dismiss Chapter 11 case pursuant to 11 U.S.C. § 1112(b) [Dkt. No.176] , and in support thereof shows this Court as follows:

1. Ebury Street Capital, LLC (the "Debtor") is the holding company for a series of affiliated companies that primarily operate in the real estate business. On May 13, 2024, the Debtor and sixteen (16) affiliates each filed a petition for relief pursuant to Chapter 11 of the Bankruptcy Code.  The cases are being jointly administered under the above-referenced case number [Dkt. No. 7].

1

2. Schedules were filed on August 13, 2024 [Dkt. No. 157] for joined case no. 24-10505, Ebury RE, LLC. The Schedules do not list properties located at 220-222 Rohr Street, Rochester, New York 14605 and 315 Sixth Street, Rochester, New York 14580 (the "Properties"). Thus, the Debtor does not identify any interest or Movant's interest in the Properties.

3. The Debtor has filed no amendments to the Schedules to address these issues.

4. The Chapter 11 Operating Order requires that the Debtor maintain adequate insurance upon property of the estate. Within ten (10) days of the petition date, the Debtor is required to provide the Bankruptcy Administrator with proof of insurance coverage on all estate property. The deadline to provide proof of insurance expired May 23, 2024 and the Debtor still has not provided evidence of insurance for the Properties.

5. No plan has been filed providing a roadmap for an effective reorganization.

6. No mortgage payments have been proposed or made to Movant to provide adequate protection for its interest in the Properties.

WHEREFORE, for the reasons referenced above, Movant requests that the Court enter an order dismissing this case pursuant to 11 U.S.C. § 1112(b).

Respectfully submitted,

By: /s/ Hugh Andrew Smith
Hugh Andrew Smith, ABN 3408G20C
MCMICHAEL TAYLOR GRAY, LLC
Attorney for Creditor
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
Telephone: 404-474-7149
Facsimile: 404-745-8121
E-mail: hsmith@mtglaw.com
MTG File No.: 23-000615-03

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing in the above captioned case was this day served upon the below named persons by either United States Mail or Electronic Mail at the addresses shown below:

**Via U.S. Mail**
Ebury RE, LLC
644 Fernandez Juncos Avenue
San Juan, PR 00907

**Via CM/ECF electronic service:**
Richard Scott Williams
Rumberger, Kirk & Caldwell
2001 Park Place
Suite 1300
Birmingham, AL 35203

Bankruptcy Administrator
U. S. Bankruptcy Administrator
One Church Street
Montgomery, AL 36104


Dated: October 18, 2024

                                                    Respectfully submitted,

                                                  By: /s/ Hugh Andrew Smith
                                                  Hugh Andrew Smith, ABN 3408G20C
                                                  MCMICHAEL TAYLOR GRAY, LLC
                                                  Attorney for Creditor
                                                  3550 Engineering Drive, Suite 260
                                                  Peachtree Corners, GA 30092
                                                  Telephone: 404-474-7149
                                                  Facsimile: 404-745-8121
                                                  E-mail: hsmith@mtglaw.com
                                                  MTG File No.: 23-000615-03