IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **EBURY STREET CAPITAL, LLC,** *et al.*, | ) | Case No. 24-10499 |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| _____ | ) | |

## Motion for Authority to Appoint Chief Restructuring Officer

**COME NOW**, Ebury Street Capital, LLC and its related debtors, as debtors and debtors in possession in these consolidated chapter 11 proceedings ("Debtors"), and files this Motion for Authority to Appoint Chief Restructuring Officer ("Motion"). In support of the Motion Debtors state as follows:

1. This case was originally filed on May 12, 2024. It has become apparent that substantial difficulties have arisen in the ability to liquidate on the bankruptcy estates.

2. At the forefront of these problems is the Department of Justice's refusal to allow for the payment of salaries and expenses to facilitate this wind-down.

3. In an effort to bridge concerns of creditors, other parties of interest and this Court, the Debtors have identified a potential Chief Restructuring Officer ("CRO") who can manage the orderly liquidation, with the assistance of Mr. Hanratty, but without his control over sales or cash flow.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: EB 1EMIALA (4788), Ebury Street Capital, LLC (7623), EB 2EMIALA, LLC (5175) Ebury Fund 1, LP (1403), Ebury Fund 2 (2178), LP, Red Clover 1, LLC (9780), Ebury RE, LLC (1397), Ebury 1EMI, LLC (4369), Ebury 2EMI, LLC (6849), EB 2EMIMD, LLC (2225), EB 1EMINJ, LLC (2006), EB 1 EMINY, LLC (4213), EB 2EMINY, LLC (3150), Ebury Fund 1 NJ, LLC (5126), RE 1EMI, LLC (2345), RE 2EMI, LLC (7945), Greater Flamingo, LLC (2030).

4. In particular the Debtors have identified Harold Bordwin of the Keen-Summit Capital Partners LLC ("Mr. Bordwin") as an experienced individual who can assist with such liquidation and is willing to serve as CRO.

5. This Court, pursuant to the provisions of 28 U.S.C. §1334 has exclusive jurisdiction over all property that are assets of the estates.

6. The Debtors file this Motion, cognizant of the pending injunction order against Mr. Hanratty. Moreover, the Debtors by this Motion seek to confirm that they have the authority to seek the retention of Mr. Bordwin as a professional for the estates to manage and liquidate estate assets.

Wherefore, premises considered, the Debtors respectfully request this court to grant this Motion authorizing the Debtors to seek the retention of Mr. Bordwin and to provide such further and additional relief as it deems appropriate.

Dated this the 20th day of November, 2024.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Frederick D. Clarke
Julia M. Potts

Attorneys for Debtors
Ebury Street Capital, LLC, et al.

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com
jpotts@rumberger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 20th day of November, 2024, the foregoing was served by depositing same in the United States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

                                                    */s/ R. Scott Williams*
                                                    Of Counsel